UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No.: | CV 18-06434 GW (RAO) | Date: | October 9, 2019 |
| Title: | John Lake v. Debbie Asuncion et al. | | |

Present: The Honorable **ROZELLA A. OLIVER, U.S. MAGISTRATE JUDGE**

| Donnamarie Luengo | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| N/A | N/A |

**Proceedings:** (In Chambers) **ORDER TO SHOW CAUSE WHY THE INSTANT MATTER SHOULD NOT BE DISMISSED**

On May 2, 2019, the Court dismissed certain claims of the First Amended Complaint with leave to amend. Dkt. No. 53. Plaintiff was given the option of filing a Second Amended Complaint or a Notice of Dismissal by June 3, 2019. *Id.* On June 17, 2019, the Court granted Plaintiff's request for an extension of time to file his Second Amended Complaint. Dkt. No. 59. On August 2, 2019, the Court granted Plaintiff's second request for an extension of time to file his Second Amended Complaint. Dkt. No. 67. Plaintiff was cautioned that the Court would not grant any further extensions absent extraordinary circumstances. *Id.* Plaintiff's Second Amended Complaint was due on September 3, 2019. *Id.* To date, Plaintiff has not filed a Second Amended Complaint.[1]

In light of the foregoing, **IT IS ORDERED** that Plaintiff must show cause, in writing, on or before **October 30, 2019**, why this case should not be dismissed for failure to prosecute and to comply with Court orders. Alternatively, Plaintiff may discharge this Order by filing a Second Amended Complaint or a Notice of Dismissal by this deadline. **Plaintiff's failure to timely respond to this Order <u>will</u> result in a recommendation that this case be dismissed.**

///
///
///
///

---

[1] On August 15, 2019, Plaintiff filed a motion to disqualify District Judge Wu and the undersigned. Dkt. No. 68. The motion to disqualify was denied by District Judge Birotte on September 4, 2019. Dkt. No. 70.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.:   CV 18-06434 GW (RAO)                     Date: October 9, 2019
Title:      John Lake v. Debbie Asuncion et al.

**The Clerk shall attach a copy of the Notice of Dismissal previously provided to Plaintiff to this Order.** *See* **Dkt. No. 53-2.**

**IT IS SO ORDERED.**

**Attachment.**

:
Initials of Preparer    dl