# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| | Case No. CV 18-06434 GW (RAO) |
| JOHN LAKE, | |
| Plaintiff, | **JUDGMENT** |
| v. | |
| DEBBIE ASUNCION, et al., | |
| Defendants. | |

Pursuant to the Court's Order Accepting Report and Recommendation of United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that this action is dismissed without prejudice.

DATED:  January 11, 2021

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE